UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:13-CR-71-TAV-HBG |
| KIMBERLY ROBINSON, | ) | |
| Defendant. | ) | |

## ORDER

This criminal action is before the Court on the Report and Recommendation (the "R&R") [Doc. 122], entered on November 25, 2013, by United States Magistrate Judge H. Bruce Guyton. Neither party has filed any objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51.

In the R&R, Judge Guyton recommends that the motion to declare this case complex and extended [Doc. 115] be denied because the circumstances of the case do not rise the level of those cases that are complex or extended. The Court has reviewed the R&R and the record in this case and the Court agrees with the R&R [Doc. 122] and hereby **ADOPTS** the same. The Motion to Have Case Declared Complex and Extended [Doc. 115] is hereby **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE